# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00548-CR

**Wayne Denton Dickerson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2008-397, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Wayne Denton Dickerson has filed a motion to dismiss his appeal.  The motion is signed by both appellant and his attorney.  *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal.  *See id*.

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed on Appellant's Motion

Filed:  July 13, 2022

Do Not Publish